AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| State of New York, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-05770 |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Hawaii.

Date: 07/24/2020

/s/ Nicholas M. McLean
*Attorney's signature*

Nicholas M. McLean   5210216
*Printed name and bar number*

Dept. of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813
*Address*

nicholas.mclean@hawaii.gov
*E-mail address*

(808) 586-1360
*Telephone number*

(808) 586-8116
*FAX number*