UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP, et al., <br><br> Defendants. | 20-CV-5770 (JMF) |

**DECLARATION OF SERVICE**

I hereby declare that, in accordance with Rule 4 of the Federal Rules of Civil Procedure and this Court's July 27, 2020 Order (ECF No. 20), I caused a copy of the Complaint and Summonses in this action to be served on the Defendants in this action—President Donald J. Trump, the United States Department of Commerce, Secretary Wilbur L. Ross, Jr., the Bureau of the Census, and Director Steven Dillingham—on July 27, 2020, by email to the following:

Jeffrey Oestericher
Chief, Civil Division
U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2695
Jeffrey.Oestericher@usdoj.gov

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 27, 2020

By: */s/ Matthew Colangelo*
Matthew Colangelo
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov