UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                                         :

STATE OF NEW YORK, et al.,                                                      :

                                Plaintiffs,                             :          20-CV-5770 (JMF)

       -v-                                                               :

DONALD J. TRUMP, *in his official capacity as*    :
*President of the United States*, et al.,

                                Defendants.             :

---------------------------------------------------------------------X

NEW YORK IMMIGRANT COALITION, et al.,   :

                                Plaintiffs,                             :          20-CV-5781 (JMF)

      -v-                                                               :

DONALD J. TRUMP, *in his official capacity as*    :          <u>ORDER</u>
*President of the United States*, et al.,

                                Defendants.             :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of Plaintiffs' joint letter of earlier today, *see* 20-CV-5770 (JMF), ECF No. 31, the initial pretrial conference in these cases — which will be held remotely by telephone — is RESCHEDULED for **Wednesday, August 5, 2020**, at **9:30 a.m.** The deadline for the parties' joint letter required by the Court's Order of July 28, 2020, *see* 20-CV-5770 (JMF), ECF No. 24, is MOVED to **Monday, August 3, 2020**, at **5:00 p.m.** Given the Court's anticipation that both sides may intend to file motions of one sort or another, the parties should — in addition to

conferring about the issues set forth in the Court's Order of July 28, 2020 — endeavor to agree upon a comprehensive schedule and set forth their proposal(s) in the joint letter due Monday.

Each side shall designate one attorney to serve as Liaison Counsel, who shall provide his or her contact information (including email and cellphone number) to the Court by email no later than **Monday, August 3, 2020**, at **5:00 p.m.**  In that same email, Liaison Counsel shall indicate if its side intends to order the transcript for "daily" delivery (i.e., within 24 hours).  The Court will provide to each Liaison Counsel information on how counsel who may have a speaking role at the conference can access the conference; Liaison Counsel shall, in turn, share the information with any counsel for his or her side who may have a speaking role.  (Counsel who will not have a speaking role may access the conference via the public-access line discussed below.)

No later than **Tuesday, August 4, 2020**, at **10:00 a.m.**, Liaison Counsel shall email the Court a comprehensive list of **all** counsel on his or her side who may have a speaking role during the conference **and** the telephone number that each counsel will use to access the conference. The list should designate the principal speaking counsel for each party, who will be responsible at the outset of the conference for noting the appearances of other counsel on the call.

Members of the public **and any counsel who will not have a speaking role during the conference** may access the conference by calling 888-363-4749 and using access code 5421540#.  That line will be on listen-only mode — that is, all callers will be muted.

In accordance with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-jesse-m-furman, the following rules and guidelines apply to the conference:

- Absent permission of the Court, no more than two attorneys per party may speak during the teleconference.  Each party should designate a single lawyer who will primarily speak on its behalf (including when noting the appearances of other counsel on the telephone).

    If possible, with respect to common issues, one lawyer should speak on behalf of Plaintiffs in both 20-CV-5770 (JMF) and 20-CV-5781 (JMF).

- If possible, counsel should use a landline and a headset instead of a speakerphone. Regardless, counsel should mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

- To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

- If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

- The conference may not be recorded.

- In the event that the Court is disconnected from the call, the parties should remain on the line until the Court can re-access the conference.

    No later than **today** at **5:00 p.m.**, Plaintiffs' counsel shall serve a copy of this Order by email on counsel for Defendants **and** file proof of such service with the Court. Defense counsel shall promptly enter notices of appearance in both cases.

    SO ORDERED.

Dated: July 31, 2020  
       New York, New York

                                               JESSE M. FURMAN  
                                               United States District Judge