UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :
STATE OF NEW YORK, et al.,                           :

                             Plaintiffs,              :          20-CV-5770 (JMF)

         -v-                                       :

DONALD J. TRUMP, *in his official capacity as*  :
*President of the United States*, et al.,         :

                             Defendants.          :
------------------------------------------------------------------------X
                                          :
NEW YORK IMMIGRANT COALITION, et al.,  :

                             Plaintiffs,             :          20-CV-5781 (JMF)

         -v-                                       :

DONALD J. TRUMP, *in his official capacity as*  :          <u>ORDER</u>
*President of the United States*, et al.,         :

                             Defendants.          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In their joint later dated August 3, 2020, the parties state that they "agree that 20 Civ. 5770 and 20 Civ. 5781 should be consolidated pursuant to Fed. R. Civ. P. 42(a)(2)." 20-CV-5770, ECF No. 37, at 1; 20-CV-5781, ECF No. 42, at 1.  In light of that, and because the actions involve common questions of law and fact, it is hereby ORDERED that, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the two cases are consolidated under the case number 20-CV-5770 (JMF).  The Clerk of Court is directed to consolidate 20-CV-5770 (JMF) and 20-CV-5781 (JMF) under case number 20-CV-5770 (JMF), and to close 20-CV-5781 (JMF). All future filings should be in 20-CV-5770 (JMF) alone.

       SO ORDERED.

Dated: August 4, 2020                          _____
       New York, New York                      JESSE M. FURMAN
                                                       United States District Judge