UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
STATE OF NEW YORK, et al.,                                              :
:
Plaintiffs,                                                             :
:                    20-CV-5770 (JMF)
-v-                                                                     :
:                    ORDER
DONALD J. TRUMP, *in his official capacity as*                          :
*President of the United States*, et al.,                               :
:
Defendants.                                                             :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during today's telephone conference, the Court adopts the following deadlines:

- No later than **today, August 5, 2020**, (1) the NYIC Plaintiffs shall file an amended complaint and (2) Plaintiffs shall file a request for a panel of three judges pursuant to 28 U.S.C. § 2284.

- No later **August 6, 2020**, Defendants shall file a letter with the Court indicating their position on the request for a three-judge panel.

- No later than **August 7, 2020**, Plaintiffs shall file their motion for summary judgment, or in the alternative, for a preliminary injunction. Their memorandum of law may not exceed fifty-five pages.

- No later than **August 17, 2020**, Defendants shall file their combined opposition to Plaintiffs' motion(s) and their cross-motion to dismiss. Their memorandum of law may not exceed fifty-five pages.

- No later than **August 24, 2020**, Plaintiffs shall file a combined reply in support of their motion(s) and opposition to Defendants' cross-motion. Their memorandum of law may not exceed thirty pages.

- No later than **August 27, 2020**, Defendants shall file any reply in support of their cross-motion, which may not exceed ten pages.

SO ORDERED.

Dated: August 5, 2020
New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge