

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 6, 2020

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *State of New York v. Trump*, No. 20 Civ. 5770 (JMF)
              *New York Immigration Coalition v. Trump*, No. 20 Civ. 5781 (JMF)

Dear Judge Furman:

    This Office represents Defendants in the above-captioned matter. We write respectfully to notify the Court that Defendants do not oppose Plaintiffs' request to convene a three-judge court pursuant to 28 U.S.C. § 2284. *See* ECF No. 58.

                                Respectfully submitted,

                                  AUDREY STRAUSS
                                Acting United States Attorney for the
                                Southern District of New York

                By:    /s/ Allison M. Rovner
                        JEFFREY OESTERICHER
                        ALLISON M. ROVNER
                        Assistant United States Attorneys
                        86 Chambers Street, Third Floor
                        New York, New York 10007
                        Tel.: (212) 637-2695/2691
                        Email: Jeffrey.Oestericher@usdoj.gov
                                   Allison.Rovner@usdoj.gov

cc:    Counsel of Record (by ECF)