AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| State of New York, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  20-CV-5770 (lead); 20-CV-5781 |
| Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs New York Immigration Coalition, et al.

Date: 08/06/2020

*Attorney's signature*

Julia A. Gomez (JG2323)
*Printed name and bar number*

ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017

*Address*

jgomez@aclusocal.org
*E-mail address*

(213) 977-9500
*Telephone number*

(213) 977-5299
*FAX number*