UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>　　　　　　　Defendants. | 20-CV-5770 (JMF) |
| NEW YORK IMMIGRATION COALITION, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>　　　　　　　Defendants. | 20-CV-5781 (JMF) |

**PLAINTIFFS' NOTICE OF MOTION**
**(Fed. R. Civ. P. 56 and Fed. R. Civ. P. 65)**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move the Court for summary judgment with respect to their claims for relief under Article I and the Fourteenth Amendment; and the Census Act, 2 U.S.C. § 2(a) and 13 U.S.C. § 141.  *See New York* Am. Compl. ¶¶ 142-146, 164-174 (ECF No. 34); *NYIC* First Am. Compl. ¶¶ 182-207 (ECF No. 62).  Plaintiffs request that the Court declare that the July 21, 2020 Presidential Memorandum, *Memorandum on Excluding Illegal Aliens From the Apportionment*

1

*Base Following the 2020 Census*, 85 Fed. Reg. 44,679 (July 23, 2020), is unconstitutional in violation of Article I and the Fourteenth Amendment; declare that the Presidential Memorandum violates the Census Act, 2 U.S.C. § 2(a) and 13 U.S.C. § 141; and enjoin Defendants and all their officers, employees, and agents, and anyone acting in concert with them, from implementing, applying, or taking any action whatsoever under the Presidential Memorandum.

Alternatively, pursuant to Federal Rule of Civil Procedure 65, Plaintiffs move the Court for a preliminary injunction with respect to their claims for relief under Article I and the Fourteenth Amendment; and the Census Act, 2 U.S.C. § 2(a) and 13 U.S.C. § 141. *See New York* Am. Compl. ¶¶ 142-146, 164-174 (ECF No. 34); *NYIC* First Am. Compl. ¶¶ 182-207 (ECF No. 62). Plaintiffs request that the Court enjoin Defendants from implementing, applying, or taking any action under the July 21, 2020 Presidential Memorandum, *Memorandum on Excluding Illegal Aliens From the Apportionment Base Following the 2020 Census*, 85 Fed. Reg. 44,679 (July 23, 2020), in order to preserve the status quo until this case is decided on the merits and final judgment is entered.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law; their Local Rule 56.1 Statement of Material Facts; the Declaration of Matthew Colangelo dated August 7, 2020; the exhibits attached to that Declaration; the pleadings and papers on file in this action; and any argument and evidence that is presented on the hearing of this motion.

|  |  |
|---|---|
| DATED:  August 7, 2020 | Respectfully submitted, |
|  | LETITIA JAMES<br>*Attorney General of the State of New York* |
|  | By: */s/ Matthew Colangelo* |
| Steven C. Wu<br>  *Deputy Solicitor General*<br>Judith N. Vale | Matthew Colangelo<br>  *Chief Counsel for Federal Initiatives*<br>Morenike Fajana, *Special Counsel* |

*Senior Assistant Solicitor General*
Eric R. Haren, *Special Counsel*

*Of Counsel*

Elena Goldstein
  *Deputy Chief, Civil Rights Bureau*
Fiona J. Kaye, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

*Attorneys for the Plaintiffs in* 20-CV-5770

/s/ Dale Ho
Dale E. Ho
Davin Rosborough
Adriel I. Cepeda Derieux
Jonathan Topaz
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org
drosborough@aclu.org
acepedaderieux@aclu.org
jtopaz@aclu.org
slakin@aclu.org

/s/ Sarah Brannon* ***
Ceridwen Cherry*
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
(202) 675-2337
sbrannon@aclu.org
ccherry@aclu.org

Julia A. Gomez
Peter Eliasberg*
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017

/s/ John A. Freedman
John A. Freedman
R. Stanton Jones**
Daniel F. Jacobson**
Chase Raines**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Stanton.Jones@arnoldporter.com
Daniel.Jacobson@arnoldporter.com
Chase.Raines@arnoldporter.com

/s/ Perry Grossman
Perry Grossman
pgrossman@nyclu.org
New York Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 607-3329
Andre Segura**
Edgar Saldivar**
Thomas Buser-Clancy**
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-9146
Fax: (713) 942-8966
asegura@aclutx.org
esaldivar@aclutx.org

3

(213) 977-9500  tbuser-clancy@aclutx.org
jgomez@aclusocal.org
peliasberg@aclusocal.org

\* Admitted pro hac vice

\*\* Designates pro hac vice application forthcoming.

\*\*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).

*Attorneys for the Plaintiffs in* 20-CV-5781