UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, et al.,

        Plaintiffs,

- against -

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

        Defendants.

---

**DESIGNATION OF**
**THREE-JUDGE PANEL**
**PURSUANT TO 28 U.S.C. §2284(b)**

Docket No. 20-cv-5770(JMF)
20-2630

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 10, 2020

**ROBERT A. KATZMANN, Chief Circuit Judge:**

    Having received a request from United States District Judge Jesse M. Furman to appoint a three-judge panel to hear the above-mentioned matter pursuant to 28 U.S.C. §2284(b)(1), I hereby designate United States Circuit Judge Richard C. Wesley and United States Circuit Judge Peter W. Hall to serve as members of the Court to hear and determine the action.

IT IS SO ORDERED.

10th day of August, 2020
New York, New York

                                              */s/ Robert A. Katzmann*
                                              ROBERT A. KATZMANN
                                              Chief Circuit Judge

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*/s/ Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 08/10/2020