UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :
STATE OF NEW YORK, et al.,                    :
                    :
            Plaintiffs,      :      20-CV-5770 (RCW) (PWH) (JMF)
                    :
    -v-            :      <u>ORDER</u>
                    :
DONALD J. TRUMP, *in his official capacity as*  :
*President of the United States*, et al.,      :
                    :
            Defendants.    :
                    :
------------------------------------------------------------------------X

Before:    RICHARD C. WESLEY, United States Circuit Judge
              PETER W. HALL, United States Circuit Judge
              JESSE M. FURMAN, United States District Judge

PER CURIAM:

       On August 10, 2020, Chief Circuit Judge Robert A. Katzmann appointed a three-judge panel to hear this matter pursuant to 28 U.S.C. § 2284(b)(1).  *See* ECF Nos. 82-83.  Section 2284(b)(3) provides, in relevant part, that "[a] single judge may conduct all proceedings except the trial," and — with specified exceptions not yet relevant here — "enter all orders permitted by the rules of civil procedure."  Nevertheless, mindful that "the three-judge requirement in 28 U.S.C. § 2284 is jurisdictional," *Kalson v. Paterson*, 542 F.3d 281, 287 (2d Cir. 2008), and for avoidance of any doubt, the Court hereby adopts the orders previously entered in this matter, including but not limited to the scheduling order of August 5, 2020, *see* ECF No. 53, and the consolidation order of August 4, 2020, *see* ECF No. 43.  Further, the Court grants to Judge Furman authority to act on the Court's behalf with respect to any *pro hac vice* motions filed in this matter.

       SO ORDERED.

Dated: August 12, 2020                        _____/s/_____
       New York, New York                      RICHARD C. WESLEY
                                                 United States Circuit Judge

                                         _____/s/_____
                                                 PETER W. HALL
                                                 United States Circuit Judge

                                         _____/s/_____

2

JESSE M. FURMAN
United States District Judge