IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>    *Defendants*. | Case No. 20-cv-5770 (RCW) (PWH) (JMF) |

**NOTICE OF UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF**

Please take notice that non-party, the United States House of Representatives, by the accompanying motion, requests (under Federal Rule of Civil Procedure 7(b)(1)) leave to file the accompanying BRIEF OF THE U.S. HOUSE OF REPRESENTATIVES AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS.  The relief requested is an order granting leave for the brief to be filed.  Plaintiffs have consented to the filing of this brief, and defendants do not oppose it.

Respectfully submitted,

*Of Counsel*

JENNIFER SAFSTROM
JONATHAN L. BACKER
JOSHUA A. GELTZER
AMY M. MARSHAK
MARY B. MCCORD
ANNIE OWENS
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., NW
Washington, DC 20001
(202) 661-6728
jg1861@georgetown.edu

DAVID A. O'NEIL
LAURA E. O'NEILL
TARA GANAPATHY
KATHERINE NELSON
DEBEVOISE & PLIMPTON, LLP
801 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 383-8000
daoneil@debevoise.com

JAMES B. AMLER
DEBEVOISE & PLIMPTON, LLP
919 3rd Avenue
New York, NY 10022
Telephone: (212) 909-6000
jbamler@debevoise.com

NEAL KUMAR KATYAL
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5600
neal.katyal@hoganlovells.com

/s/ Douglas N. Letter
DOUGLAS N. LETTER
    *Counsel of Record*
    General Counsel
TODD B. TATELMAN
    Principal Deputy General Counsel
MEGAN BARBERO
JOSEPHINE MORSE
ADAM A. GROSS
WILLIAM E. HAVEMANN
JONATHAN B. SCHWARTZ
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Amicus Curiae*[*]

August 14, 2020

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives and "any counsel specially retained by the Office of General Counsel" are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571.