UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al*.<br><br>    Defendants. | Case No. 20-CV-5770 (JMF) |
| NEW YORK IMMIGRATION COALITION, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al*.<br><br>    Defendants. | Case No. 20-CV-5781 (JMF) |

**NOTICE MOTION FOR LEAVE TO FILE [PROPOSED] AMICUS BRIEF
OF THE LEAGUE OF WOMEN VOTERS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OR
PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion for Leave to Appear as Amici Curiae by the League of Women Voters of the United States, the League of Women Voters California, the League of Women Voters Texas, and the League of Women Voters Florida (collectively, the "League"), dated August 14, 2020, non-party amici shall move this Court, before the Honorable Jesse G. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for leave to file the attached [Proposed] Amicus Brief of the League of Women Voters in Support of Plaintiffs' Motion for Partial Summary Judgment

or Preliminary Injunction [Dkt. 77]. Both Plaintiffs and Defendants consent to the filing of the proposed amici brief.

Dated: August 14, 2020

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Robert L. Sills*
Robert L. Sills
Michael J. Pisko
Patti Rothenberg
Melissa Pettit
West 52nd Street
New York, NY 10019-6131
Phone: +1.212.858.1114
Fax: 212.858.1500
robert.sills@pillsburylaw.com
michael.pisko@pillsburylaw.com
patricia.rothenberg@pillsburylaw.com
melissa.pettit@pillsburylaw.com

Blaine I. Green (*pro hac vice forthcoming*)
Dustin Chase-Woods (*pro hac vice forthcoming*)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Phone: +1.415.983.1476
Fax: 415.983.1200
blaine.green@pillsburylaw.com
dustin.chasewoods@pillsburylaw.com

Ashleigh K. Acevedo (*pro hac vice forthcoming*)
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
Phone: +1.713.276.7631
Fax: 713.276.7673
ashleigh.acevedo@pillsburylaw.com

Shani Rivaux (*pro hac vice forthcoming*)
Jennifer Altman (*pro hac vice forthcoming*)
600 Brickell Avenue
Suite 3100
Miami, FL 33131
Phone: +1.786.913.4882
Fax: 786.913.4901

*Counsel for The League of Women Voters of the United States, the League of Women Voters of Texas, the League of Women Voters of Florida, and the League of Women Voters of California*