UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | 20 Civ. 5770 (JMF) |
| New York Immigration Coalition, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | 20 Civ. 5781 (JMF) |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of this motion, as well as the declarations of John M. Abowd, Ph.D., and Albert E. Fontenot, Jr., Defendants Donald J. Trump, the President of the United States; Wilbur L. Ross, Jr., the Secretary of Commerce for the United States; Steven Dillingham, the Director of United States Census Bureau; the United States Department of Commerce, and the United States Census Bureau (collectively, "Defendants"), move this Court for an order dismissing all claims against Defendants pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, as well as for such other relief as the Court deems proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Orders dated August 5 and August 14, 2020, *see* ECF Nos. 53, 95, opposition papers, if any, shall be served and

filed on or before August 25, 2020, and reply papers, if any, shall be served and filed on or before August 28, 2020.

Dated:  New York, New York
        August 19, 2020

                                          RESPECTFULLY,

ETHAN P. DAVIS
Acting Assistant Attorney General

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

DAVID MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD ROSENBERG
Assistant Branch Directors

/s/ Elliott M. Davis
DANIEL D. MAULER (VA Bar No. 73190)
ELLIOTT M. DAVIS (NY Reg. No. 4596755)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC  20005
Phone: (202) 353-5639
Fax: (202) 616-8470
E-mail: elliott.m.davis@usdoj.gov

*Counsel for Defendants*