# John M. Abowd

Home    **Professional Information**    Courses    Recent News    Special Materials

## Professional Information

[Updated July 27, 2020]

### CONTACT INFORMATION

U.S. Census Bureau
HQ 8H120 ATTN: Sara Sullivan
4600 Silver Hill Road
*Private delivery, physical location:* Suitland, MD 20746
*USPS mail only:* Washington, DC 20233
Voice: +1.301.763.5880
Fax: +1.301.763.8360
Executive assistant Sara Sullivan: +1.301.763.5116
E-mail: john.maron.abowd@census.gov

ILR School
*USPS mail only (send private delivery service items to the address above):*
275 Ives Hall
Cornell University
Ithaca, New York 14853-3901
Voice: +1.607.255.8024
Assistant: +1.607.255.2744
Fax: +1.607.255.4496
E-mail: john.abowd@cornell.edu

Webpage: https://blogs.cornell.edu/abowd/ or https://www.johnabowd.com

Twitter: @john_abowd (opinions are my own)

Short biography in PDF format

### CURRENT POSITIONS

Chief Scientist and Associate Director for Research and Methodology, U. S. Census Bureau June 2016 –

Edmund Ezra Day Professor, Department of Economics, Cornell University, July 2011 – currently on leave

Director, Labor Dynamics Institute, Cornell University, October 2011 – currently on leave

Founding member and Professor of Information Science (by courtesy), Faculty of Computing and Information Science, July 2000 – currently on leave

Professor of Statistics, September 2013 – currently on leave

### Sidebar

Search …     SEARCH

**INSTITUTIONS**

U.S. Census Bureau
Cornell Economics
Labor Dynamics Institute
NCRN node at Cornell
CISER

**OTHER INFORMATION**

Google Scholar
ORCID
RePEC/Ideas
SSRN

Member of the Graduate Fields of Economics, Industrial and Labor Relations, Information Science, and Statistics

Research Associate, National Bureau of Economic Research, 1050 Massachusetts Avenue, Cambridge, Massachusetts 02138, September 1983 – (on leave while serving at the U.S. Census Bureau)

Research Affiliate, Centre de Recherche en Economie et Statistique/INSEE, 15, bd Gabriel Péri, 92245 Malakoff Cedex France, November 1997 –

Research Fellow, IZA (Institute for the Study of Labor), P.O. Box 7240 D-53072 Bonn, Germany, June 2002 –

Research Fellow, IAB (Institut für Arbeitsmarkt-und Berufsforschung), Dienstgebäude Weddigenstraβe 20-22, 90478 Nürnberg, Germany, January 2013 –

President and Principal, ACES-Research, LLC, john@aces-research.com, July 2007 –

Editor, Journal of Privacy and Confidentiality  Online journal

## PREVIOUS AND VISITING POSITIONS

Distinguished Senior Research Fellow, United States Census Bureau, September 1998 – May 2016

Associate Chair, Department of Economics, Cornell University, August 2015 – May 2016

Visiting Professor, Center for Labor Economics, University of California-Berkeley, August 2014 – July 2015

Director of Graduate Studies, Economics, July 2010 – June 2014

Professor of Economics and Econometrics, University of Notre Dame, January 2008 – May 2008.

Director, Cornell Institute for Social and Economic Research (CISER), July 1999 – December 2007

Associate Director, Cornell Theory Center (became Cornell University Center for Advanced Computing), September, 2006 – August 2007.

Professor of Labor Economics, Cornell University, January 1990 – October 2001.

Edmund Ezra Day Professor, School of Industrial and Labor Relations, November 2001 —

Associate Director, Cornell Institute for Social and Economic Research (CISER), July, 1998 – June, 1999.

Chair, Department of Labor Economics, Cornell University, September, 1992 – June, 1998.

Acting Director, CISER, January, 1998-June, 1998.

Professeur invité, Laboratoire de Microéconomie Appliquée-Theorie Et Applications en Microéconomie et macroéconomie (LAMIA-TEAM), Université de Paris-I (Panthéon-Sorbonne), May 1998.

Consultant, Centre de Recherche en Economie et Statistique (CREST), Institut National de la Statistique et des Etudes Economiques (INSEE), February 1997.

Professeur invité, ERMES (Equipe de Recherche sur les Marchés, l'Emploi et la Simulation) Université Panthéon-Assas (Paris II), October 1995 – July 1996 (part time).

Professor, Samuel Curtis Johnson Graduate School of Management, Cornell University (adjunct appointment), August 1987 – July 1995.

Chercheur étranger, Institut National de la Statistique et des Etudes Economiques (INSEE), Paris, Department of Research, August 1991 – July 1992, January 1993, January 1994.

Professeur visitant, HEC (Hautes Etudes Commerciales, Paris) Department of Finance and Economics, September 1991 – July 1992 and January 1993, December 1993 – January 1994.

Professeur visitant, CREST (Centre de Recherche en Statistiqu et Economie, Paris), September 1991 – July 1992, July 1993.

Associate Professor with tenure, Cornell University, August 1987 – December 1989.

Research Associate, Industrial Relations Section, Department of Economics, Princeton University, September 1986 – August 1987.

Visiting Associate Professor of Economics, Department of Economics, Massachusetts Institute of Technology, September 1985 – August 1986.

Associate Professor of Econometrics and Industrial Relations, Graduate School of Business, University of Chicago, September 1982 – August 1986. Assistant Professor, September 1979 – August 1982. Visiting Assistant Professor, September 1978 – August 1979.

Senior Study Director/Research Associate, NORC/Economics Research Center, 6030 Ellis Avenue, Chicago, Illinois 60637, September 1978 – August 1986.

Academic Consultant, Centre for Labour Economics, London School of Economics, January 1979 – April 1979.

Assistant Professor of Economics, Department of Economics, Princeton University, September 1977 – August 1979 (on leave September 1978 – August 1979). Lecturer in Economics, September 1976 – August 1977.

Associate Editor, *Journal of Business and Economic Statistics*, 1983 – 1989.

Editorial Board, *Journal of Applied Econometrics*, 1987 – 1989.

Associate Editor, *Journal of Econometrics*, 1987 – 1989.

# EDUCATION

Ph.D. Department of Economics, University of Chicago, December 1977.
Thesis: An Econometric Model of the U.S. Market for Higher Education

M.A. Department of Economics, University of Chicago, March 1976.

A.B. Department of Economics (with highest honors), University of Notre Dame, May 1973.

# LANGUAGES

English (native), French

# HONORS AND FELLOWSHIPS

Julius Shiskin Award, American Statistical Association, Business and Economic Statistics Section (2016)

Cornell University, Graduate and Professional Student Assembly Award for Excellence in Teaching, Advising, and Mentoring (May 2015)

Fellow, Econometric Society (elected November 2014)

Roger Herriot Award, American Statistical Association, Government and Social Statistics Sections (2014)

Elected member, International Statistical Institute (March 2012)

Council of Sections (2014-2016), Chair (2013) Business and Economic Statistics Section (Chair-elect 2012), American Statistical Association

President (2014-2015), Society of Labor Economists, President-elect (2013-2014), Vice President (2011-2013)

Fellow, The American Statistical Association (elected August 2009)

Fellow, Society of Labor Economists (elected November 2006)

La bourse de haut niveau du Ministère de la Recherche et de la Technologie, fellowship for research at the Institut National de la Statistique et des Etudes Economiques (INSEE) awarded by the French Government, September 1991 – February 1992.

National Institute of mental Health postdoctoral fellow at NORC, September 1978 – August 1980.

National Institute of Mental Health pre-doctoral fellow at the University of Chicago, September 1973 – June 1976.

# TEACHING EXPERIENCE

*Graduate:*

Microeconometrics using Linked Employer-Employee Data (CREST-ENSAE)
Understanding Social and Economic Data (Cornell, co-instructor: Lars Vilhuber)
Third-year Research Seminar I and II (Cornell)
Seminar in Labor Economics I, II, and III (Cornell)
Microéconometrie des Données Appariées (CREST-GENES, in French)
Microéconomie et Microéconometrie du Travail (Université de Paris I, in French)
Economie du Travail (Université de Paris II, in French)
Economics of Compensation and Organization (Cornell)
International Human Resource Management (Cornell)
Corporate Finance (Hautes Etudes Commerciales, Paris)
International Human Resource Management (HEC, Paris)
Workshop in Labor Economics (Cornell)
Economics of Collective Bargaining (Cornell)
Executive Compensation (Cornell)
Labor Economics (MIT)
Labor and Public Policy (MIT)
Applied Econometrics I, II (Chicago)
Introduction to Industrial Relations (Chicago)
Econometric Theory I (Chicago)
Industrial Relations and International Business (Chicago)
Workshop in Economics and Econometrics (Chicago)
Econometric Analysis of Time Series (Princeton)
Mathematics for Economists (Princeton)

*Undergraduate:*

Understanding Social and Economic Data (Cornell, co-instructor: Lars Vilhuber)
Introductory Microeconomics (Cornell)
Economics of Employee Benefits (Cornell)
Economics of Wages and Employment (Cornell)

Corporate Finance (Cornell)
Introduction to Econometrics (Princeton)
Microeconomics (Princeton)

# BIBLIOGRAPHY

**Books**

1. Abowd, John M. and Francis Kramarz (eds.) *The Microeconometrics of Human Resource Management*, special issue of *Annales d'économie et de statistique* 41/42 (Paris: ADRES, January/June 1996).
2. Abowd, John M. and Richard B. Freeman (eds.) *Immigration, Trade and the Labor Market* (Chicago: University of Chicago Press for the National Bureau of Economic Research, 1991).

**Articles**

1. McKinney, Kevin L., Andrew S. Green, Lars Vilhuber and John M. Abowd "Total Error and Variability Measures for the Quarterly Workforce Indicators and LEHD Origin-Destination Employment Statistics in OnTheMap" *Journal of Survey Statistics and Methodology* (forthcoming). [download arxiv preprint], supplemental online materials DOI: https://doi.org/10.5281/zenodo.3951670
2. Abowd, John M., Ian M. Schmutte, William Sexton, and Lars Vilhuber "Why the Economics Profession Must Actively Participate in the Privacy Protection Debate," *American Economic Association: Papers and Proceedings*, Vol. 109 (May 2019): 397-402, DOI:10.1257/pandp.20191106. [download preprint]
3. Abowd, John M. and Ian M. Schmutte "An Economic Analysis of Privacy Protection and Statistical Accuracy as Social Choices," *American Economic Review,* Vol. 109, No. 1 (January 2019):171-202, DOI:10.1257/aer.20170627. [AER, ArXiv preprint, Replication information]
4. Weinberg, Daniel H., John M. Abowd, Robert F. Belli, Noel Cressie, David C. Folch, Scott H. Holan, Margaret C. Levenstein, Kristen M. Olson, Jerome P. Reiter, Matthew D. Shapiro, Jolene Smyth, Leen-Kiat Soh, Bruce D. Spencer, Seth E. Spielman, Lars Vilhuber, and Christopher K. Wikle "Effects of a Government-Academic Partnership: Has the NSF-Census Bureau Research Network Helped Secure the Future of the Federal Statistical System?" *Journal of Survey Statistics and Methodology* (2018) DOI:10.1093/jssam/smy023. [download, open access] [download preprint]
5. Abowd, John M., Ian M. Schmutte and Lars Vilhuber "Disclosure Limitation and Confidentiality Protection in Linked Data," in A.Y. Chun, M. Larson, J. Reiter, and G. Durrant (eds.) *Administrative Records for Survey Methodology* (New York: Wiley, forthcoming). [download preprint]
6. Abowd, John M., Kevin L. McKinney and Ian M. Schmutte "Modeling Endogenous Mobility in Earnings Determination," *Journal of Business and Economic Statistics* Vol. 37, Issue 3 (2019):405-418. DOI: 10.1080/07350015.2017.1356727. [download preprint] [JBES]
7. Abowd, John M., Francis Kramarz, Sébastien Perez-Duarte, and Ian Schmutte "Sorting between and within Industries: A Testable Model of Assortative Matching," *Annals of Economics and Statistics* 129 (March 2018): 1-32. NBER WP-20472. [download preprint] [programs] [data]
8. Abowd, John M., Kevin L. McKinney and Nellie Zhao "Earnings Inequality and Mobility Trends in the United States: Nationally Representative Estimates from Longitudinally Linked Employer-Employee Data," *Journal of Labor Economics* 36, S1 (January 2018):S183-S300 DOI: 10.1086/694104. [download, not copyrighted] [download preprint]
9. Abowd, John M. "How Will Statistical Agencies Operate When All Data Are Private?" *Journal of Privacy and Confidentiality*, Vol. 7, Issue 3, Article 1 (2017). [download, open journal]
10. Haney, Samuel, Ashwin Machanavajjhala, John M. Abowd, Matthew Graham, Mark Kutzbach, and Lars Vilhuber "Utility Cost of Formal Privacy for Releasing National Employer-Employee Statistics," ACM SIGMOD 2017, DOI: 10.1145/3035918.3035940. [download]
11. Abowd, John M. and Kevin L. McKinney "Noise Infusion as a Confidentiality Protection Measure for Graph-based Statistics" *Statistical Journal of the International Association for Official Statistics* (2016) Vol. 32, No. 1, pp. 127-135, DOI: 10.3233/SJI-160958. [download article, open access] [download preprint]

12. Abowd, John M. and Ian Schmutte "Economic Analysis and Statistical Disclosure Limitation" *Brookings Panel on Economic Activity* (Spring 2015): 221-267. [download article and discussion, open access] [download preprint]
13. Schneider, Matthew J. and John M. Abowd "A New Method for Protecting Interrelated Time Series with Bayesian Prior Distributions and Synthetic Data," *Journal of the Royal Statistical Society*, Series A (2015) DOI:10.1111/rssa.12100. [download preprint]
14. Lagoze, Carl, William C. Block, Jeremy Williams, Lars Vilhuber, and John M. Abowd "Data Management of Confidential Data." *International Journal of Digital Curation* 8, no. 1 (2013): 265–278. doi:10.2218/ijdc.v8i1.259. [download preprint]
15. Abowd, John M. and Martha H. Stinson "Estimating Measurement Error in Annual Job Earnings: A Comparison of Survey and Administrative Data," *Review of Economics and Statistics*, Vol. 95, No. 5 (December 2013): 1451-1467. doi:10.1162/REST_a_00352. [download, not copyrighted]
16. Abowd, John M., Matthew J. Schneider and Lars Vilhuber "Differential Privacy Applications to Bayesian and Linear Mixed Model Estimation," *Journal of Privacy and Confidentiality*: Vol. 5: Iss. 1 (2013): Article 4. [download, open access]
17. Abowd, John M., Francis Kramarz, Paul Lengermann, Kevin L. McKinney, and Sébastien Roux "Persistent Inter-Industry Wage Differences: Rent Sharing and Opportunity Costs," *IZA Journal of Labor Economics*, 2012, 1:7, doi:10.1186/2193-8997-1-7. [download, open access] [online Appendix]
18. Abowd, John M., Lars Vilhuber and William Block "A Proposed Solution to the Archiving and Curation of Confidential Scientific Inputs," in J. Domingo-Ferrer and I. Tinnirello, eds., *Privacy in Statistical Databases* 2012, LNCS 7556, pp. 216–225, (2012). [download, open access]
19. Abowd, John M. and Lars Vilhuber "Did the Housing Price Bubble Clobber Local Labor Markets When It Burst?" *American Economic Review Papers and Proceedings* Vol. 102, No. 3 (May 2012): 589-93, doi:pdfplus/10.1257/aer.102.3.589. [download preprint] [online Appendix] [data Readme] [data]
20. Abowd, John M., R. Kaj Gittings, Kevin L. McKinney, Bryce E. Stephens, Lars Vilhuber, and Simon Woodcock "Dynamically Consistent Noise Infusion and Partially Synthetic Data As Confidentiality Protection Measures for Related Time-series," Federal Committee on Statistical Methodology, Office of Management and Budget, 2012 Research Conference Papers. [download, open access, cited on May 21, 2012] [download archival copy].
21. Abowd, John M. and Matthew Schneider "An Application of Differentially Private Linear Mixed Modeling," ICDMW, pp. 614-619, 2011 IEEE 11th International Conference on Data Mining Workshops, 2011. [download, open access]
22. Kinney, Satkartar K. , Jerome P. Reiter, Arnold P. Reznek, Javier Miranda, Ron S. Jarmin, and John M. Abowd "Towards Unrestricted Public Use Business Micro-data: The Synthetic Longitudinal Business Database," *International Statistical Review*, Vol. 79, No. 2 (December 2011):362-84, doi:10.1111/j.1751-5823.2011.00153.x. [download, subscription required] [download preprint]
23. Abowd, John M. and Lars Vilhuber "National Estimates of Gross Employment and Job Flows from the Quarterly Workforce Indicators with Demographic and Industry Detail," *Journal of Econometrics,* Vol. 161 (March 2011): 82-99, doi: 10.1016/j.jeconom.2010.09.008. [download preprint] [data]
24. Abowd, John M., Bryce Stephens, Lars Vilhuber, Fredrik Andersson, Kevin L. McKinney, Marc Roemer, and Simon Woodcock "The LEHD Infrastructure Files and the Creation of the Quarterly Workforce Indicators" in T. Dunne, J.B. Jensen and M.J. Roberts, eds., *Producer Dynamics: New Evidence from Micro Data* (Chicago: University of Chicago Press for the National Bureau of Economic Research, 2009), pp. 149-230. [download, not copyrighted] [archival copy]
25. Abowd, John M., Kevin McKinney and Lars Vilhuber "The Link between Human Capital, Mass Layoffs, and Firm Deaths" in T. Dunne, J.B. Jensen and M.J. Roberts, eds., *Producer Dynamics: New Evidence from Micro Data* (Chicago: University of Chicago Press for the National Bureau of Economic Research, 2009), pp. 447-472. [download, not copyrighted] [archival copy]
26. Abowd, John M. and Lars Vilhuber "How Protective are Synthetic Data," in J. Domingo-Ferrer and Y. Saygun, eds., *Privacy in Statistical Databases*, (Berlin: Springer-Verlag, 2008), pp. 239-246. [download preprint]
27. Abowd, John M., Francis Kramarz and Simon Woodcock "Econometric Analyses of Linked Employer-Employee Data," in L. Mátyás and P. Sevestre, eds., *The Econometrics of Panel Data* (The Netherlands: Springer, 2008), pp. 727-760. [download preprint]

28. Abowd, John M., John Haltiwanger and Julia Lane "Wage Structure and Labor Mobility in the United States," in E. P. Lazear and K. L. Shaw, eds., *Wage Structure, Raises, and Mobility: International Comparisons of the Structure of Wages within and Across Firms* (Chicago: University of Chicago Press for the National Bureau of Economic Research, 2008), pp. 81-100. [download] [download preprint]

29. Machanavajjhala Ashwin, Daniel Kifer, John M. Abowd, Johannes Gehrke, and Lars Vilhuber "Privacy: Theory Meets Practice on the Map," International Conference on Data Engineering (ICDE) 2008: 277-286, doi:10.1109/ICDE.2008.4497436. [download preprint])

30. Abowd, John M. and Francis Kramarz "Human Capital and Worker Productivity: Direct Evidence from Linked Employer-Employee Data," *Annales d'Economie et de Statistique*, No. 79/80, (Juillet/Décembre 2005): 323-338. [download preprint]

31. Torra, V. J.M. Abowd and J. Domingo-Ferrer "Using Mahalanobis Distance-Based Record Linkage for Disclosure Risk Assessment," in J. Domingo-Ferrer and Luisa Franconi (eds.) *Privacy in Statistical Databases* (Berlin: Springer-Verlag, 2006), pp. 233-242. [download preprint]

32. Abowd, John M., Francis Kramarz and Sébastien Roux "Wages, Mobility and Firm Performance: Advantages and Insights from Using Matched Worker-Firm Data," *Economic Journal*, Vol. 116, (June 2006): F245–F285. [download preprint]

33. Abowd, John M., Francis Kramarz and Sébastien Roux "Heterogeneity in Firms' Wages and Mobility Policies," in H. Bunzel, B.J. Christensen, G.R. Neumann and J-M. Robin, eds., *Structural Models of Wage and Employment Dynamics*, (Amsterdam: Elsevier Science, 2006), pp. 237-268. [download preprint]

34. Abowd, John M. and Lars Vilhuber "The Sensitivity of Economic Statistics to Coding Errors in Personal Identifiers," *Journal of Business and Economics Statistics*, Vol. 23, No. 2 (April 2005): 133-152, *JBES* Joint Statistical Meetingsinvited paper with discussion and "Rejoinder" (April 2005): 162-165. [download preprint].

35. Abowd, John M., John Haltiwanger, Ron Jarmin, Julia Lane, Paul Lengermann, Kristin McCue, Kevin McKinney, and Kristin Sandusky "The Relation among Human Capital, Productivity and Market Value: Building Up from Micro Evidence," in *Measuring Capital in the New Economy*, C. Corrado, J. Haltiwanger, and D. Sichel (eds.), (Chicago: University of Chicago Press for the NBER, 2005), Chapter 5, pp. 153-198. [download, not copyrighted] [download preprint]

36. Abowd, John M. and Simon Woodcock "Multiply-Imputing Confidential Characteristics and File Links in Longitudinal Linked Data," in J. Domingo-Ferrer and V. Torra (eds.) *Privacy in Statistical Databases* (Berlin: Springer-Verlag, 2004), pp. 290-297. [download preprint]

37. Abowd, John M., John Haltiwanger and Julia Lane "Integrated Longitudinal Employee-Employer Data for the United States," *American Economic Review Papers and Proceedings*, Vol. 94, No. 2 (May 2004): 224-229. [download preprint]

38. Abowd, John M. and Julia Lane "New Approaches to Confidentiality Protection: Synthetic Data, Remote Access and Research Data Centers," in J. Domingo-Ferrer and V. Torra (eds.) *Privacy in Statistical Databases* (Berlin: Springer-Verlag, 2004), pp. 282-289. [download preprint]

39. Abowd, John M. and Francis Kramarz "The Costs of Hiring and Separations," *Labour Economics*, Vol. 10, Issue 5 (October 2003): 499-530. [download preprint]

40. Abowd, John M. "Unlocking the Information in Integrated Social Data," *New Zealand Economic Papers*, 0077-9954, Vol. 36, No. 1 (June 2002): 9-31.[download preprint]

41. Abowd, John M. and Orley Ashenfelter "Using Price Indices and Sale Rates to Assess Short Run Changes in the Market for Impressionist and Contemporary Paintings" in *The Economics of Art Auctions*, G. Mosetto and M. Vecco (eds.), (Milan: F. Angeli Press, 2002). [download preprint] [access book]

42. Abowd, John M. and Simon Woodcock "Disclosure Limitation in Longitudinal Linked Data," in *Confidentiality, Disclosure and Data Access: Theory and Practical Applications for Statistical Agencies*, P. Doyle, J. Lane, J. Theeuwes, and L. Zayatz (eds.), (Amsterdam: North Holland, 2001), 215-277. [download preprint]

43. Abowd, John M., Bruno Crépon and Francis Kramarz "Moment Estimation with Attrition: An Application to Economic Models," *Journal of the American Statistical Association,* 96, No. 456 (December 2001): 1223-1231. [download preprint]

44. Abowd, John M., Francis Kramarz, David Margolis, and Kenneth Troske "The Relative Importance of Employer and Employee Effects on Compensation: A Comparison of France and the United States," *Journal of the Japanese and International Economies*. Vol. 15, No. 4, (December 2001): 419-436. [download preprint]

45. Abowd, John M. Julia Lane and Ronald Prevost "Design and Conceptual Issues in Realizing Analytical Enhancements through Data Linkages of Employer and Employee Data" in the *Proceedings of the Federal Committee on Statistical Methodology*, November 2000. [download preprint]
46. Abowd, John M., Francis Kramarz, David Margolis and Kenneth Troske "Politiques salariales et performances des entreprises : une comparaison France/Etats-Unis," *Economie et Statistique*, No. 332-333 (2000): 27-38. [Corporate Wage Policies and Performances: Comparing France with the United States] [download preprint]
47. Abowd, John M. and David Kaplan "Executive Compensation: Six Questions That Need Answering," *Journal of Economic Perspectives,* 13 (1999): 145-168. [Preprint and supplementary materials available at http://hdl.handle.net/1813/56585]
48. Abowd, John M., Patrick Corbel and Francis Kramarz "The Entry and Exit of Workers and the Growth of Employment: An Analysis of French Establishments" *Review of Economics and Statistics*, 81(2), (May 1999): 170-187. [download preprint]
49. Abowd, John M. and Francis Kramarz "Econometric Analysis of Linked Employer-Employee Data," *Labour Economics,* 6(March 1999): 53-74. [download preprint]
50. Abowd, John M., Hampton Finer and Francis Kramarz "Individual and Firm Heterogeneity in Compensation: An Analysis of Matched Longitudinal Employer-Employee Data for the State of Washington" in J. Haltiwanger *et al.* (eds.) *The Creation and Analysis of Employer-Employee Matched Data*, (Amsterdam: North Holland, 1999), pp. 3-24. [download preprint]
51. Abowd, John M. and Francis Kramarz "The Analysis of Labor Markets Using Matched Employer-Employee Data," in O. Ashenfelter and D. Card (eds.) *Handbook of Labor Economics*, Volume 3(B), Chapter 40 (Amsterdam: North Holland, 1999), pp. 2629-2710. [download preprint]
52. Abowd, John M. Francis Kramarz and David Margolis "High Wage Workers and High Wage Firms," *Econometrica,* 67(2) (March 1999): 251-333. [download preprint]
53. Abowd, John M. Francis Kramarz, Thomas Lemieux, and David Margolis "Minimum Wages and Youth Employment in France and the United States," in D. Blanchflower and R. Freeman (eds.) *Youth Employment and Joblessness in Advanced Countries* (Chicago: University of Chicago Press, 1999), pp. 427-472. [download] [download preprint]
54. Abowd, John M. and Francis Kramarz "Internal and External Labor Markets: An Analysis of Matched Longitudinal Employer-Employee Data" in J. Haltiwanger, M. Manser, and R. Topel (eds.) *Labor Statistics and Measurement Issues* (Chicago: University of Chicago Press, 1998), pp. 357-370. [download] [download preprint]
55. Abowd, John M., Francis Kramarz, David Margolis and Kenneth Troske "The Relative Importance of Employer and Employee Effects on Compensation: A Comparison of France and the United States," in *Comparaisons internationales de salaires* (Paris: Ministère du travail et des affaires sociales and INSEE, 1996), pp. 315-327.
56. Abowd, John M. and Laurence Allain "Compensation Structure and Product Market Competition," *Annales d'économie et de statistique*, (January/June 1996, No. 41/42): 207-217. [download preprint]
57. Abowd, John M., Francis Kramarz and Antoine Moreau "Product Quality and Worker Quality," *Annales d'économie et de statistique*, (January/June 1996, No. 41/42): 300-322. [download]
58. Abowd, John M. and Francis Kramarz "The Microeconometrics of Human Resource Management: International Studies of Firm Practices, Introduction and Overview," *Annales d'économie et de statistique*, (January/June 1996, No. 41/42): 1-9 (French), 11-19 (English).
59. Abowd, John M. and Francis Kramarz "Les Politiques Salariales : Individus et Entreprises" (Compensation Policies: Individuals and Firms), *Revue Economique* 47 (May 1996): 611-622. [download preprint]
60. Abowd, John M. and Francis Kramarz "The Economic Analysis of Compensation Systems: Collective and Individual" in Norman Bowes and Alex Grey, eds. *Job Creation and Loss: Analysis, Policy and Data Development* (Paris: OECD, 1996), pp. 47-54.
61. Abowd, John M. and Michael Bognanno "International Differences in Executive and Managerial Compensation" in R.B. Freeman and L. Katz, eds. *Differences and Changes in Wage Structures* (Chicago: NBER, 1995), pp. 67-103. [download]
62. Abowd, John M. and Thomas Lemieux "The Effects of Product Market Competition on Collective Bargaining Agreements:  The Case of Foreign Competition in Canada," *Quarterly Journal of Economics* 108 (November 1993): 983-1014.

63. Abowd, John M. and Francis Kramarz "A Test of Negotiation and Incentive Compensation Models Using Longitudinal French Enterprise Data," in J.C. van Ours, G.A. Pfann and G. Ridder, eds. *Labour Demand and Equilibrium Wage Formation* Contributions to Economic Analysis (Amsterdam: North-Holland, 1993), pp. 111-46. [download preprint]
64. Abowd, John M. and Richard B. Freeman "Introduction and Summary" in J.M. Abowd and R.B. Freeman, eds. *Immigration, Trade and the Labor Market* (Chicago: NBER, 1991), pp. 1-25. [download]
65. Abowd, John M. and Thomas Lemieux "The Effects of International Competition on Collective Bargaining Outcomes: A Comparison of the United States and Canada," in J.M. Abowd and R.B. Freeman, eds. *Immigration, Trade and the Labor Market* (Chicago: NBER, 1991), pp. 343-67. [download]
66. Abowd, John M. "The NBER Trade and Immigration Data Files," in J.M. Abowd and R.B. Freeman, eds. *Immigration, Trade and the Labor Market* (Chicago: NBER, 1991), pp. 407-21. [download]
67. Abowd, John M. "Does Performance-based Compensation Affect Corporate Performance?" *Industrial and Labor Relations Review* 43:3 (February 1990): 52S-73S. Reprinted in *Do Compensation Policies Matter?* R.G. Ehrenberg, ed. (Ithaca, NY: ILR Press, 1990), pp. 52-73.
68. Abowd, John M., George Milkovich and John Hannon "The Effects of Human Resource Management Decisions on Shareholder Value," *Industrial and Labor Relations Review* 43:3 (February 1990): 203S-236S. Reprinted in *Do Compensation Policies Matter?* R.G. Ehrenberg, ed. (Ithaca, NY: ILR Press, 1990), pp. 203-236.
69. Abowd, John M. "The Effect of Wage Bargains on the Stock Market Value of the Firm," *American Economic Review* 79:4 (September 1989): 774-800. (working paper title: "Collective Bargaining and the Division of the Value of the Enterprise.")
70. Abowd, John M. and Joseph Tracy "Market Structure, Strike Activity, and Union Wage Settlements," *Industrial Relations* 57:2 (Spring 1989): 227-50.
71. Abowd, John M. and David Card "On the Covariance Structure of Earnings and Hours Changes," *Econometrica* 57:2 (March, 1989): 411-45.
72. Vroman, Wayne and John M. Abowd "Disaggregated Wage Developments," *Brookings Papers on Economic Activity* (1:1988): 313-46.
73. Abowd, John M. and David Card "Intertemporal Labor Supply and Long Term Employment Contracts," *American Economic Review* 77:1 (March 1987): 50-68.
74. Abowd, John M. "New Development in Longitudinal Data Collection for Labor Market Analysis: Collective Bargaining Data," *American Statistical Association 1985 Proceedings of the Business and Economic Statistics Section* (Washington, DC: ASA, 1985). (invited paper)
75. Abowd, John M. and Arnold Zellner "Estimating Gross Labor Force Flows," *Journal of Business and Economic Statistics 3* (July 1985): 254-283.
76. Abowd, John M. and Arnold Zellner "Application of Adjustment Techniques to U.S. Gross Flow Data," *Gross Flows in Labor Force Statistics*, edited by Paul Flaim and Carma Hogue, Bureau of the Census/Bureau of Labor Statistics Conference Volume (Washington, DC: GPO, 1985).
77. Abowd, John M. and Mark Killingsworth "Employment, Wages, and Earnings of Hispanics in the Federal and Nonfederal Sectors: Methodological Issues and Their Empirical Consequences," in *Hispanics in the U.S. Economy*, edited by G. Borjas and M. Tienda (New York: Academic Press, 1985), pp. 77-125.
78. Abowd, John M. "Economic and Statistical Analysis of Discrimination in Job Assignment," *Industrial Relations Research Association Proceedings of the Thirty-Sixth Annual Meetings* (Madison, WI: IRRA, 1984), pp. 34-47. (invited paper)
79. Abowd, John M. and Mark Killingsworth "Do Minority/White Unemployment Differences Really Exist," *Journal of Business and Economic Statistics* 2 (January 1984): 64-72.
80. Abowd, John M. and Arnold Zellner "Estimating Gross Labor Force Flows," *American Statistical Association 1983 Proceedings of the Business and Economic Statistics Section* (Washington, DC: ASA, 1983), pp. 162-67.
81. Abowd, John M. and Mark Killingsworth "Sex Discrimination, Atrophy and the Male-Female Wage Differential," *Industrial Relations* 22 (Fall 1983): 387-402.
82. Abowd, John M. and Henry S. Farber "Job Queues and the Union Status of Workers," *Industrial and Labor Relations Review* 35 (April 1982): 354-67. [download]
83. Abowd, John M. and Orley Ashenfelter "Anticipated Unemployment, Temporary Layoffs and Compensating Wage Differentials," in *Studies in Labor Markets*, edited by S. Rosen (Chicago: University of Chicago Press for the NBER, 1981), pp. 141-170. [download]

84. Abowd, John M. "An Econometric Model of Higher Education," in *Managing Higher Education: Economic Perspectives*, A Monograph of the Center for the Management of Public and Nonprofit Enterprises (Chicago: University of Chicago Press, 1981), pp. 1-56.
85. Mulvey, Charles and John M. Abowd "Estimating the Union/Nonunion Wage Differential: A Statistical Issue," *Economica,* 47 (February 1980): 73-79.
86. Abowd, John M. and T. James Trussell "Teenage Mothers, Labor Force Participation, and Wage Rates," *Canadian Studies in Population* (1980): 33-48.

Monographs

1. Abowd, John M., Martha H. Stinson and Gary Benedetto *Final Report to the Social Security Administration on the SIPP/SSA/IRS Public Use File Project*, November 2006. [download archival copy and Excel tables at http://hdl.handle.net/1813/43929]
2. Abowd, John M. and Michael Bognanno "The Center for Advanced Human Resource Studies Managerial Compensation Database: User's Guide," March 1991.
3. Abowd, John M. and Michael Bognanno "The Center for Advanced Human Resource Studies Managerial Compensation Database: Technical Guide," March 1991.
4. Abowd, John M. *An Econometric Model of the U.S. Market for Higher Education* (New York: Garland Press, 1984).
5. Abowd, John M. and Mark Killingsworth "Employment, Wages, and Earnings of Hispanics in the federal and Nonfederal Sectors," in *Hispanics in the Labor Force: A Conference Report*, edited by G. Borjas and M. Tienda. Final Report to the National Employment Policy Commission (Washington, DC: GPO, 1982).
6. Abowd, John M. "Program Evaluation: New Panel Data Methods for Evaluating Training Effects," in *Program Evaluation Final Report to the U.S. Department of Labor* (Contract No. 23-17-80-01) (Washington, DC: NTIS, 1983).
7. Abowd, John M. and Mark Killingsworth "Employment, Wages, and Earnings of Hispanics in the federal and Nonfederal Sectors," in *Hispanics in the Labor Force: A Conference Report*, edited by G. Borjas and M. Tienda. Final Report to the National Employment Policy Commission (Washington, DC: GPO, 1982).
8. Abowd, John M. "Minority Unemployment, Compensating Differentials and the Effectiveness of the EEOC," in *Issues in Minority and Youth Unemployment final Report to the U.S. Department of Labor* (Contract No. 20-17-80-44) (Washington, DC: NTIS, 1982)
9. Abowd, John M. and Mark Killingsworth "Structural Models of the Effects of Minimum Wages on Employment by Age Groups," *Final Report of the Minimum Wage Study Commission*, Volume 5 (Washington, DC: GPO, 1981).
10. Abowd, John M. and Mark Killingsworth "An Analysis of Hispanic Employment, Earnings and Wages with Special Reference to Puerto Ricans," *Final Report to the U.S. Department of Labor* (Grant 21-36-78-61) (Washington, DC: NTIS, 1981).

Miscellany

1. Abowd, John M., Ian M. Schmutte, William Sexton, and Lars Vilhuber, Introductory Readings in Formal Privacy for Economists (May 8, 2019, updated regularly). [read, download]
2. Abowd, John M., "The Census Bureau Tries to Be a Good Data Steward in the 21st Century" International Conference on Machine Learning (ICML) 2019 keynote address. [video, start at minute 18:00] [slides]
3. Garfinkel, Simson L., John M. Abowd, and Christian Martindale, "Understanding Database Reconstruction Attacks on Public Data," *ACMQueue*, Vol. 16, No. 5 (September/October 2018): 28-53. [download, not copyrighted]
4. Garfinkel, Simson L., John M. Abowd and Sarah Powazek "Issues Encountered Deploying Differential Privacy," *WPES'18 Proceedings of the 2018 Workshop on Privacy in the Electronic Society*, Ontario, CA (October 2018): 133-137, DOI:10.1145/3267323.3268949. [ArXiv preprint]
5. Abowd, John M. "The U.S. Census Bureau Adopts Differential Privacy," KDD '18 Proceedings of the 24th ACM SIGKDD International Conference on Knowledge Discovery & Data Mining, London, UK (August 2018): 2867, DOI:10.1145/3219819.3226070. [download, subscription required], [archival copy] [video]
6. Abowd, John M., Lorenzo Alvisi, Cynthia Dwork, Sampath Kannan, Ashwin Machanavajjhala, and Jerome Reiter "Privacy-Preserving Data Analysis for Federal Statistical Agencies,"

   Computing Community Consortium White Papers (January 2017). [CCC white paper archive; ArXiv preprint]
7. Abowd, John M. "Why Statistical Agencies Need to Take Privacy-loss Budgets Seriously, and What It Means When They Do," presented to the Federal Committee on Statistical Methodology, Policy Conference, December 7-8, 2016. [download]
8. Vilhuber, Lars, John M. Abowd and Jerome P. Reiter "Synthetic Establishment Microdata around the World," *Statistical Journal of the International Association for Official Statistics*, Vol. 32 (2016): 65-68. [download, open access] [download preprint]
9. Abowd, John M. "Synthetic Establishment Data: Origins and Introduction to Current Research," *Statistical Journal of the International Association for Official Statistics*, Vol. 30, No. 2 (Summer 2014): 113-115. [download, subscription required] [download preprint]
10. Benedetto, Gary, Martha H. Stinson and John M. Abowd "The Creation and Use of the SIPP Synthetic Beta," U.S. Census Bureau Technical Paper (April 2013). [download]
11. Abowd, John M. and Lars Vilhuber "Science, Confidentiality, and the Public Interest," *Chance*, Vol. 24, No. 3 (Fall 2011): 58-62. [download]
12. Abowd, John M. "OnTheMap: Block-level Job Estimates Based on Longitudinally Integrated Employer-Employee Micro-data," *Association of Public Data Users Newsletter* Vol. 33, No. 2 (March/April 2010): 10-19. [download]
13. Abowd, John M. Kobbi Nissim and Chris Skinner "First Issue Editorial" *Journal of Privacy and Confidentiality*, Vol. 1, No. 1 (2009): 1-6. [download]
14. Abowd, John M. "Comments on "Regional difference-in-differences in France using the German annexation of Alsace-Moselle in 1870-1918" by Matthieu Chemin and Etienne Wasmer" *NBER International Seminar on Macroeconomics* (2008): 306-309. [download]
15. Abowd, John M. and Julia Lane "The Economics of Data Confidentiality," *ICP Bulletin*, Volume 4, No. 2 (August 2007):18-21. [download preprint]
16. Abowd, John M. "Rapporteur comments: International Symposium on Linked Employer-Employee Data, Econometric Issues" *Monthly Labor Review* 121:7 (July, 1998): 52-53.
17. Abowd, John M. "Discussion of 'How much do immigration and trade affect labor market outcomes' by Geroge J. Borjas, Richard B. Freeman and Lawrence F. Katz." *Brookings Papers in Economic Activity* (1997:I): 76-82.
18. Abowd, John M. "Discussion of Gross Worker and Job Flows in Europe by M. Burda and C. Wyplosz." *European Economic Review* (1994): 1316-1320.
19. Abowd, John M. "Discussion of 'The Quality Dimension in Army Retention' by Charles Brown." in A. Meltzer (ed.) *The Carnegie-Rochester Conference on Public Policy* 33 (1990).
20. Abowd, John M. "Immigration, Trade, and Labor Markets in Australia and Canada," in *Immigration, Trade, and the Labor Market*, edited by R.B. Freeman (Cambridge, Mass: NBER, 1988), pp. 29-34.
21. Abowd, John M. "Discussion of 'Public Sector Union Growth and Bargaining Laws: A Proportional Hazards Approach with Time-Varying Treatments' by c. Ichniowski." in *Public Sector Unionism*, edited by R. Freeman (Chicago: University of Chicago Press for the NBER, 1988).
22. Abowd, John M., Ross Stolzenberg and Roseann Giarusso "Abandoning the Myth of the Modern MBA Student," Selections The Magazine of the Graduate Management Admission Council (Autumn 1986): 9-21.
23. Abowd, John M., Brent Moulton and Arnold Zellner "The Bayesian Regression Analysis Package: BRAP User's Manual Version 2.0," H.G.B. Alexander Research Foundation, Graduate School of Business, University of Chicago, 1985.
24. Abowd, John M. and Mark R. Killingsworth "The Minimum Wage Law Winners and Losers," *The Wall Street Journal* (August 1981).

**Working and Unpublished Papers**

1. Abowd, John M., Ian M. Schmutte, William Sexton, and Lars Vilhuber "Suboptimal Provision of Privacy and Statistical Accuracy When They are Public Goods," (June 2019). [download preprint]
2. Abowd, John M., Joelle Abramowitz, Margaret C. Levenstein, Kristin McCue, Dhiren Patki, Trivellore Raghunathan, Ann M. Rodgers, Matthew D. Shapiro, Nada Wasi, 2019. "Optimal Probabilistic Record Linkage: Best Practice for Linking Employers in Survey and Administrative Data," Working Papers 19-08, Center for Economic Studies, U.S. Census Bureau, handle: RePEc:cen:wpaper:19-08. [download preprint]

3. McKinney, Kevin L. Andrew Green, Lars Vilhuber, and John M. Abowd "Total Error and Variability Measures with Integrated Disclosure Limitation for Quarterly Workforce Indicators and LEHD Origin Destination Employment Statistics in On The Map" (December 2017). [download preprint]
4. Abowd, John M. and Ian Schmutte "Revisiting the Economics of Privacy: Population Statistics and Confidentiality Protection as Public Goods" (April 2017). [download preprint].
5. Abowd, John M. "Where Have All the (Good) Jobs Gone? (May 2014) Society of Labor Economists Presidential Address. [download preprint] [accompanying audio]
6. Abowd, John M., John Haltiwanger, Julia Lane, Kevin McKinney and Kristin Sandusky "Technology and Skill: An Analysis of Within and Between Firm Differences" (March 2007) NBER WP-13043. [download preprint]
7. Abowd, John M., Francis Kramarz, David N. Margolis, and Thomas Philippon "Minimum Wages and Employment in France and the United States" (February 2006). [archival download]
8. Abowd, John M., Paul Lengermann and Kevin L. McKinney "The Measurement of Human Capital in the U.S. Economy," (March 2003) [download Census, cited on September 1, 2015] [archival download]
9. Abowd, John M., Robert Creecy and Francis Kramarz "Computing Person and Firm Effects Using Linked Longitudinal Employer-Employee Data," (March 2002). [download Census, cited on September 1, 2015] [archival download] [Fortran source] [Support files] [VirtualRDC archive]

**MAJOR GRANTS AND RESEARCH CONTRACTS**

1. Associate Director for Research and Methodology and Chief Scientist U.S. Census Bureau, Intergovernmental Personnel Act (IPA) with Cornell University, June 1, 2016—May 31, 2020.
2. Research and Methodology Support Services, U.S. Census Bureau contract with Cornell University, June 1, 2015—May 31, 2016, $268,897.
3. The Economics of Socially Efficient Privacy and Confidentiality Management for Statistical Agencies, Alfred P. Sloan Foundation awarded to Cornell University, April 1, 2015—March 31, 2019, $535,970. (co-PIs Lars Vilhuber and Ian Schmutte)
4. RCN: Coordination of the NSF-Census Research Network, National Science Foundation SES 1237602 awarded to the National Institute of Statistical Sciences, July 15, 2012—June 30, 2017, transferred to Cornell University, September 2014, $748,577. (PI Lars Vilhuber, other co-PIs Alan Karr, Jerome Reiter)
5. NCRN-MN: Cornell Census-NSF Research Node: Integrated Research Support, Training and Data Documentation, National Science Foundation Grant SES 1131848 awarded to Cornell University, October 1, 2011—September 30, 2016, $2,999,614. (with William Block, Ping Li, and Lars Vilhuber)
6. A Census-Enhanced Health and Retirement Study: A Proposal to Create and Analyze an HRS Dataset Enhanced with Characteristics of Employers, Alfred P. Sloan Foundation grant awarded to the Institute for Social Research, University of Michigan with a subcontract to Cornell University, September 1, 2011—August 31, 2016, Cornell component $349,608. (PI: Margaret Levenstein; other co-PIs: Matthew Shapiro, Kristin McCue and David Weir)
7. Synthetic Data User Testing and Dissemination, National Science Foundation Grant SES 1042181 awarded to Cornell University, September 15, 2010 to September 14, 2013, $197,170. (Co-PI Lars Vilhuber)
8. CDI-Type II: Collaborative Research: Integrating Statistical and Computational Approaches to Privacy, National Science Foundation Grant BCS 0941226 awarded to Cornell University, September 1, 2010—August 31, 2014, $409,296. (Other PIs: Aleksandra B Slavkovic, Stephen E. Fienberg, Sofya Raskhodnikova, and Adam Smith)
9. TC:Large: Collaborative Research: Practical Privacy: Metrics and Methods for Protecting Record-level and Relational Data, National Science Foundation Grant TC 1012593 awarded to Cornell University, July 15, 2010 to July 14, 2015, $1,326,660. (Other PIs: Johannes Gehrke, Gerome Miklau, and Jerome Reiter)
10. The Longitudinal Employer-Household Dynamics Program, U.S. Bureau of the Census, Interagency Personnel Act (IPA) with Cornell University, September 18, 1998 – September 17, 2000, $260,000; renewed September 14, 2000—September 13, 2002, $320,000; contract renewed as consultant September 14, 2002—September 13, 2003 ($120,000); renewed as IPA September 15, 2003 – September 14, 2005 ($384,590); renewed as IPA September 15, 2005—September 14, 2007 ($425,215); new September 15, 2008—September 14, 2010 (497,897);

renewed September 15, 2010—September 14, 2012 (532,893); continued as a contract with ACES-Research, LLC (September 17, 2012–September 16, 2013); re-established as IPA October 1, 2013—September 30, 2014 ($231,757); re-established as IPA November 14, 2014 —May 31, 2015 ($229,095).

11. Social Science Gateway to TeraGrid, National Science Foundation Grant SES 0922005 awarded to Cornell University, July 1, 2009 to June 30, 2012, $393,523. (Co-PI Lars Vihuber) [Cornell Chronicle Article] [ILR News Release]
12. Joint NSF-Census-IRS Workshop on Synthetic Data and Confidentiality Protection, July 2009 Washington, DC, National Science Foundation Grant SES 0922494 awarded to Cornell University, July 1, 2009 to June 30, 2010, $18,480. (Co-PIs Lars Vilhuber, Jerome Reiter, and Ron Jarmin)
13. The Economics of Mass Layoffs: Displaced Workers, Displacing Firms, Causes and Consequences, National Science Foundation Grant SES-0820349 awarded to Cornell University, October 1, 2008 to September 30, 2010, $245,950. (Co-PI Lars Vilhuber)
14. LEHD Developmental and Confidentiality Research, Census Bureau Contract to Abt Associates with subcontract awarded to Cornell University, August 1, 2007 to September 30, 2008, $358,270.
15. CT-T: Collaborative Research: Preserving Utility While Ensuring Privacy for Linked Data, National Science Foundation Grant CNS-0627680 awarded to Cornell University, September 5, 2006 to August 31, 2009, $488,950. (PI Johannes Gehrke)
16. LEHD Confidentiality Research, Census Bureau Contract to Abt Associates with subcontract awarded to Cornell University, October 1, 2004 to September 30, 2005, $230,155.
17. ITR-(ECS+ASE)-(dmc+int): Info Tech Challenges for Secure Access to Confidential Social Science Data, National Science Foundation Grant SES-0427889 awarded to Cornell University, October 1, 2004 to September 30, 2007, $2,938,000. (Co-PIs Matthew D. Shapiro, Ronald Jarmin, Stephen F. Roehrig, and Trivellore Raghunathan) [Cornell Chronicle article]
18. EITM: Developing the Tools to Understand Human Performance: An Empirical Infrastructure to Foster Research Collaboration, National Science Foundation Grant SES-0339191 awarded to Cornell University, October 1, 2004 to September 30, 2007, $337,455 (Co-PIs John Haltiwanger and Ron Jarmin)
19. The New York Research Data Center, National Science Foundation Grant SES-0322902 awarded to the NBER, August 1, 2003 to July 31, 2004, $300,000. (PI Neil G. Bennett, Other co-PIs Bart Hobijn, Erica L. Groshen, Robert E. Lipsey)
20. Workshop on Confidentiality Research, National Science Foundation Grant SES-0328395 awarded to the Urban Institute, June 1, 2003 – May 31, 2004, $43,602. (Co-PI Julia Lane)
21. Firms, Workers and Workforce Quality: Implications for Earnings Inequality and Economic Growth, Alfred P. Sloan Foundation Grant 22319-000-00 awarded to the Urban Institute, January 2003—January 2006, $1,400,000. (Co-PIs John Haltiwanger, Julia Lane, J. Bradford Jensen, Fredrick Knickerbocker, and Ronald Prevost)
22. The Demand for Older Workers: Using Linked Employer-Employee Data for Aging Research, National Institute on Aging, R01-AG18854-01 to Cornell University, July 1, 2002 – April 30, 2007, $1,753,637. (Co-PIs John Haltiwanger, Andrew Hildreth, and Julia Lane)
23. Workers and Firms in the Low-wage Labor Market: Interactions and Long Run Dynamics, Russell Sage Foundation, Rockefeller Foundation, and Department of Health and Human Services (ASPE) to the Urban Institute $700,000, September 1, 2001 August 31, 2003. (Co-PIs John Haltiwanger, Harry Holzer, and Julia Lane)
24. From Workshop Floor to Workforce Clusters: A New View of the Firm, Alfred P. Sloan Foundation, 99-12-12 to the Urban Institute, March 1, 2000 – March 31, 2002, $314,604. (Co-PIs John Haltiwanger and Julia Lane)
25. Dynamic Employer-Household Data and the Social Data Infrastructure, National Science Foundation, SES-9978093 to Cornell University, September 28, 1999 – September 27, 2005, $4,084,634. (Co-PIs John Haltiwanger and Julia Lane)
26. The Longitudinal Employer-Household Dynamics Program, National Institute on Aging, interagency funding to the United States Census Bureau, September, 1999 – August, 2001, $490,000. Renewed September 2001– August 2004, $750,000 (Co-PIs John Haltiwanger and Julia Lane) [Cornell Chronicle article]
27. Individual and Firm Heterogeneity in Labor Markets: Studies of Matched Employee-Employer Data, National Science Foundation SBER 9618111 to the NBER, March 15, 1997 – February 28, 2002, $243,361.

28. Creation of an Employer Identification Link File and Addition of Employer Information to the National Longitudinal Survey of Youth 1979 Cohort, Bureau of Labor Statistics (subcontracted by NORC, University of Chicago, Chicago, IL 60637), July 1, 1995 – December 31, 1997, $82,946.
29. Employment and Compensation Policies: Studies of American and French Labor Markets Using Matched Employer-Employee Data, National Science Foundation SBR 9321053 to the NBER, July 1, 1994 – June 31, 1997, $ 185,257. (Co-PIs David Margolis and Kenneth Troske)
30. Compensation System Design, Employment and Firm Performance: An Analysis of French Microdata and a Comparison to the United States, National Science Foundation, SBR 9111186 to Cornell University, July 1, 1991 – December 30, 1994, $174,565.
31. The Effects of Collective Bargaining and Threats of Unionization on Firm Investment Policy, Return on Investment, and Stock Valuation, National Science Foundation, SES 8813847 to the NBER, July 1, 1988 – June 30, 1990, $81,107.
32. Improving the Scientific Research Utility of Labor Force Gross Flow Data, National Science Foundation, SES 85-13700 to the NBER, April 15, 1986 – March 31, 1988, $69,993.
33. Program Evaluation: New Panel Data Methods for Evaluating Training Effects, U.S. Department of Labor Contract 23-17-80-01 to NORC at the University of Chicago, 1983.
34. Minority Unemployment, Compensating Differentials and the Effectiveness of the EEOC, U.S. Department of Labor Contract 20-17-80-44 to NORC at the University of Chicago, 1982.
35. An Analysis of Hispanic Employment, Earnings and Wages with Special Reference to Puerto Ricans, U.S. Department of Labor Grant 21-36-78-61, 1981.

**PROFESSIONAL SERVICE, SURVEYS, AND DATA COLLECTION**

1. Canadian Research Data Centre Network Inaugural Board 2017-2019.
2. American Economic Association, Committee on Economic Statistics (AEAWeb) 2013-2018.
3. National Academy of Sciences, Committee on National Statistics (CNSTAT) 2010-2013; reappointed 2013-2016.
4. National Academy of Sciences, CNSTAT, Panel on Measuring and Collecting Pay Information from U.S. Employers by Gender, Race, and National Origin, (Chair) 2011-2012.
5. National Academy of Sciences, CNSTAT, Panel on Measuring Business Formation, Dynamics and Performance, 2004-2007.
6. National Academy of Sciences, CNSTAT, Panel on Data Access for Research Purposes, 2002-2005.
7. Executive Committee, Conference on Research in Income and Wealth 2002-.
8. Distinguished Senior Research Fellow, LEHD Program, U.S. Census Bureau 1998-2016.
9. Social Science and Humanities Research Council (Canada), Major Collaborative Research Initiatives review panel, 1997, 1998.
10. Technical Advisory Board for the National Longitudinal Surveys of the Bureau of Labor Statistics, 1988-1990, 1992-2001, Chair 1999-2001.
11. National Science Foundation, Economics Panel, 1990-91, 1992-93; KDI Panel 1999; Infrastructure Panel 2000; CDI Panel 2008; CDI Panel 2009.
12. Principal Investigator for The Center for Advanced Human Resource Studies Managerial Compensation Data Base. sponsored by the Cornell University Center for Advanced Human Resource Studies, 1989-1994.
13. Principal Investigator for A Longitudinal Data Base of Collective Bargaining Agreements. Sponsored by the Bureau of National Affairs and the University of Chicago Graduate School of Business, 1985.

# PROFESSIONAL ORGANIZATIONS

1. American Economic Association
2. American Statistical Association
3. Econometric Society
4. Society of Labor Economists
5. International Statistical Institute
6. International Association for Official Statistics
7. National Association for Business Economics
8. American Association of Wine Economists
9. American Association for Public Opinion Research

10. Association for Computing Machinery
11. American Association for the Advancement of Science

# PERSONAL INFORMATION

United States citizen
Personal email: john.abowd@gmail.com

Hosted by CampusPress