### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al., | |
| Plaintiffs, | 20-CV-5770 (JMF) |
| v. | |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., | |
| Defendants. | |
| NEW YORK IMMIGRATION COALITION, et al., | |
| Plaintiffs, | 20-CV-5781 (JMF) |
| v. | |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., | |
| Defendants. | |

### DECLARATION OF ELENA GOLDSTEIN

Elena Goldstein, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney in the Office of the New York State Attorney General and counsel to Plaintiffs in this action. I submit this Declaration in support of Plaintiffs' motion for summary judgment and a preliminary injunction.

Attached to this Declaration are true and correct copies of the following numbered exhibits:

60. Declaration of Murad Awawdeh, Executive Vice President of Advocacy and Strategy for the New York Immigration Coalition (August 25, 2020).

61. Declaration of Jennifer Mendelsohn (August 24, 2020).

62. Supplemental Declaration of Cesar Espinosa, Executive Director of FIEL Houston, Inc. (August 23, 2020).

63. Supplemental Declaration of Theo Oshiro, Deputy Director of Make the Road New York (August 24, 2020).

64. Supplemental Declaration of Jenny Seon, Legal Service Director of Ahri for Justice (August 24, 2020).

65. Reply Declaration of Dr. Matthew A. Barreto, Ph.D. (August 25, 2020).

66. Reply Declaration of John Thompson (August 24, 2020).

Dated: August 25, 2020           */s/ Elena Goldstein*
                                 Elena Goldstein
                                 Office of the New York State Attorney General
                                 28 Liberty Street
                                 New York, NY 10005
                                 Phone: (212) 416-6201
                                 elena.goldstein@ag.ny.gov

                                 *Attorney for the Plaintiffs*