UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                 :

STATE OF NEW YORK, et al.,            :

                                 :

                Plaintiffs,       :           20-CV-5770 (RCW) (PWH) (JMF)

                                 :

         -v-                 :               ORDER

                                 :

DONALD J. TRUMP, *in his official capacity as*   :
*President of the United States*, et al.,      :

                                 :

                Defendants.     :

                                 :
--------------------------------------------------------------------X

Before:      RICHARD C. WESLEY, United States Circuit Judge
              PETER W. HALL, United States Circuit Judge
              JESSE M. FURMAN, United States District Judge

PER CURIAM:

      On **September 3, 2020** at **10:00 a.m.**, the parties shall appear by telephone for oral argument on their pending motions.  At least twenty-four hours before the oral argument, Liaison Counsel shall provide to the Court (via Judge Furman's Chambers email) a list of counsel who will participate in the oral argument; no more than two lawyers per side may participate.  The Court will provide to each Liaison Counsel information on how participating counsel can access the argument.  Other counsel and members of the public may access the conference by calling 888-363-4749 and using access code 5421540#.  That line will be on listen-only mode — that is, all callers will be muted.

      SO ORDERED.

Dated: August 27, 2020
      New York, New York             _____/s/_____
                                   RICHARD C. WESLEY
                             United States Circuit Judge

                          _____/s/_____
                                 PETER W. HALL
                             United States Circuit Judge

                          _____/s/_____
                                   JESSE M. FURMAN
                             United States District Judge