AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| New York, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-05770 |
| Donald J. Trump. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York                                                                                    .

Date:   08/31/2020                                                        /s/ Judith N. Vale
                                                                        *Attorney's signature*

                                                                        Judith N. Vale (JV1102)
                                                                        *Printed name and bar number*

                                                                        28 Liberty Street, 23rd Floor
                                                                        New York, New York 10005

                                                                        *Address*

                                                                        judith.vale@ag.ny.gov
                                                                        *E-mail address*

                                                                        (212) 416-6274
                                                                        *Telephone number*

                                                                        *FAX number*