AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20 Civ. 5770 (JMF) |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Donald J. Trump, in his official capacity as President of the United States; United States Department of Commerce; Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce; Bureau of the Census; and Steven Dillingham, in his official capacity as Director of the United States Census Bureau.

Date: 09/01/2020

/s/ Sopan Joshi
*Attorney's signature*

Sopan Joshi (Illinois State Bar No. 6316588)
*Printed name and bar number*

U.S. Department of Justice
Office of the Assistant Attorney General, Civil Div.
950 Pennsylvania Ave. N.W.
Washington, DC 20530
*Address*

sopan.joshi@usdoj.gov
*E-mail address*

(202) 307-5906
*Telephone number*

(202) 514-8071
*FAX number*