UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STATE OF NEW YORK, et al.,                                        :
:
                       Plaintiffs,              :      20-CV-5770 (RCW) (PWH) (JMF)
:
      -v-                                                         :
:
DONALD J. TRUMP, *in his official capacity as*                    :
*President of the United States*, et al.,                         :
:
                       Defendants.              :
:
------------------------------------------------------------------X
:
NEW YORK IMMIGRANT COALITION, et al.,                             :      20-CV-5781 (RCW) (PWH) (JMF)
:
                       Plaintiffs,              :      (Consolidated)
:
      -v-                                                         :
:      <u>ERRATA ORDER</u>
DONALD J. TRUMP, *in his official capacity as*                    :
*President of the United States*, et al.,                         :
:
                       Defendants.              :
:
------------------------------------------------------------------X

Before:    RICHARD C. WESLEY, United States Circuit Judge
             PETER W. HALL, United States Circuit Judge
             JESSE M. FURMAN, United States District Judge

      The Court has substituted a new version of its September 10, 2020 Opinion and Order of

at 20-CV-5770, ECF No. 164, to correct the following three typographical errors:

- On page 4, "Secretary of Commerce Wilber L. Ross, Jr." now reads "Secretary of Commerce Wilbur L. Ross, Jr.";

- On page 64, note 13, "it is worth noting that Senator Vandenberg of Michigan, the principal sponsor the bill" now reads "it is worth noting that Senator Vandenberg of Michigan, the principal sponsor of the bill";

- On page 69, "that illegal aliens are "persons" within the meaning of the Section 2a(a), and for good reason" should read "that illegal aliens are "persons" within the meaning of Section 2a(a), and for good reason."

SO ORDERED.

Dated: September 14, 2020
      New York, New York

_____/s/_____
RICHARD C. WESLEY
United States Circuit Judge

_____/s/_____
PETER W. HALL
United States Circuit Judge

_____/s/_____
JESSE M. FURMAN
United States District Judge