IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 20 Civ. 5770 (JMF) |
| NEW YORK IMMIGRATION COALITION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 20 Civ. 5781 (JMF) |

**DEFENDANTS' MOTION FOR STAY OF JUDGMENT PENDING APPEAL**

Defendants respectfully move the Court to stay pending appeal the Court's Judgment. For the reasons discussed in Defendants' Memorandum of Law in Support of Defendants' Motion for Stay of Judgment Pending Appeal, this Court should stay its Judgment pending the resolution of the Defendants' appeal to the Supreme Court. At a minimum, it should stay its injunction insofar as it sweeps more broadly than necessary to redress Plaintiffs' alleged injuries. Defendants conferred with Plaintiffs, who oppose this motion.

Dated: September 16, 2020        Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

JEFFREY BOSSERT CLARK
Acting Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

 /s/ *Daniel D. Mauler*
DANIEL D. MAULER (VA Bar No. 73190)
ELLIOTT M. DAVIS (NY Reg. No. 4596755)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 616-0773
Fax:  (202) 616-8470
E-mail: dan.mauler@usdoj.gov

*Counsel for Defendants*