IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *at al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | Civil Action No. 1:20-cv-05770-JMF |
| NEW YORK IMMIGRATION COALITION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *at al*<br><br>Defendants. | Civil Action No. 1:20-cv-05781-JMF |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Last night, on September 24, 2020, the U.S. District Court for the Northern District of California issued a ruling granting a stay and preliminary injunction in *National Urban League v. Ross*, 20-cv-05799-LHK, ECF No. 208 (Sept. 24, 2020). The Court's order (1) stays the "September 30, 2020 deadline for the completion of data collection and December 31, 2020 deadline for reporting the tabulation of the total population to the President . . . pursuant to 5 U.S.C. § 705"; and (2) enjoins the Secretary of Commerce, Department of Commerce, Director of the Census Bureau, and the Census Bureau from implementing these deadlines. Slip op. 78.

The ruling further undermines Defendants' argument in support of a stay in this case, which is premised on the now-stayed September 30 and December 31 deadlines.

A copy of the ruling in *National Urban League* is attached as Exhibit A.

DATED:  September 25, 2020                                    Respectfully submitted,

/s/ John A. Freedman
John A. Freedman
R. Stanton Jones*
Daniel F. Jacobson*
Chase Raines*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C.  20001
(202) 942-5000
John.Freedman@arnoldporter.com
Stanton.Jones@arnoldporter.com
Daniel.Jacobson@arnoldporter.com
Chase.Raines@arnoldporter.com

/s/ Sarah Brannon* ***
Ceridwen Cherry*
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20005-2313
(202) 675-2337
sbrannon@aclu.org
ccherry@aclu.org

Julia A. Gomez
Peter Eliasberg*
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-9500
jgomez@aclusocal.org
peliasberg@aclusocal.org

* Admitted *pro hac vice*

/s/ Dale Ho
Dale E. Ho
Davin Rosborough
Adriel I. Cepeda Derieux
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2693
dho@aclu.org
drosborough@aclu.org
acepedaderieux@aclu.org
jtopaz@aclu.org
slakin@aclu.org

/s/ Perry Grossman
Perry Grossman
pgrossman@nyclu.org
New York Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 607-3329
Andre Segura**
Edgar Saldivar*
Thomas Buser-Clancy*
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
Telephone: (713) 942-9146
Fax: (713) 942-8966
asegura@aclutx.org
esaldivar@aclutx.org
tbuser-clancy@aclutx.org

\** Designates *pro hac vice* application forthcoming.
\*** Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).

*Attorneys for the Plaintiffs in* 20-CV-5781

|  |  |
|---|---|
|  | LETITIA JAMES |
|  | *Attorney General of the State of New York* |
|  |  |
|  | By: */s/ Matthew Colangelo* |
| Steven C. Wu | Matthew Colangelo |
|   *Deputy Solicitor General* |   *Chief Counsel for Federal Initiatives* |
| Judith N. Vale | Morenike Fajana, *Special Counsel* |
|   *Senior Assistant Solicitor General* | Elena Goldstein |
| Eric R. Haren*, Special Counsel* |   *Deputy Chief, Civil Rights Bureau* |
|  | Fiona J. Kaye, *Assistant Attorney General* |
| *Of Counsel* | Office of the New York State Attorney General |
|  | 28 Liberty Street |
|  | New York, NY 10005 |
|  | Phone: (212) 416-6057 |
|  | Matthew.Colangelo@ag.ny.gov |

*Attorneys for the Plaintiffs in* 20-CV-5770