# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand twenty.

Before:       Raymond J. Lohier, Jr.,
                    *Circuit Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 16 2020

State of New York, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Hawai'i, State of Illinois, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of North Carolina, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Washington, City of Central Falls, City of Chicago, City of Columbus, City of New York, City of Philadelphia, City of Phoenix, City of Pittsburgh, City of Providence, City and County of San Francisco, California, City of Seattle, Washington, County of Cameron, County of El Paso, County of Hidalgo, County of Monterey, United States Conference of Mayors, State of Maine, State of Wisconsin, Howard County, New York Immigration Coalition, CASA de Maryland, Inc., American-Arab Anti-Discrimination Committee, ADC Research Institute, Make the Road New York, FIEL Houston Inc.,

        Plaintiff - Appellees,

v.

Donald J. Trump, United States Department of Commerce, Wilbur L. Ross, United States Census Bureau, Steven Dillingham, in his official capacity as Director of the United States

**ORDER**

Docket No. 20-3142

CERTIFIED COPY ISSUED ON 10/16/2020

Census Bureau,

        Defendants - Appellants.

---

        The Government has appealed to this Court and to the Supreme Court to challenge the judgment and permanent injunction issued on September 10, 2020 by the three-judge district court. The Government now requests that the Court hold this appeal in abeyance pending the Supreme Court's resolution of *New York v. Trump*, Supreme Court Docket No. 20-366. Both sides agree that this appeal should be held in abeyance.

        IT IS HEREBY ORDERED that the motion is GRANTED. If the Supreme Court determines that this Court is the appropriate forum for appellate review of the district court's judgment and permanent injunction, the parties shall immediately alert this Court.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit