**MANDATE**

N.Y.S.D. Case # 20-cv-5770(JMF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of January, two thousand twenty-one.

State of New York, et al.,

    Plaintiff - Appellees,

v.

Donald J. Trump, United States Department of Commerce, Wilbur L. Ross, United States Census Bureau, Steven Dillingham, in his official capacity as Director of the United States Census Bureau,

    Defendants - Appellants.

**ORDER**

Docket No. 20-3142

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 13 2021

Appellants move to voluntarily dismiss this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/13/2021